**SO. CAL. EQUAL ACCESS GROUP**
Jason J. Kim (SBN 190246)
Jason Yoon (SBN 306137)
101 S. Western Ave., Second Floor
Los Angeles, CA 90004
Telephone: (213) 252-8008
Facsimile: (213) 252-8009
scalequalaccess@yahoo.com

Attorneys for Plaintiff, DENNIS COOPER

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS COOPER,<br><br>             Plaintiff,<br><br>     vs.<br><br>JOSEPH P. STITICK, AS TRUSTEE OF THE CLARA MORGAN BUTCHER 2007 TRUST FBO JOSEPH P. STITICK; and DOES 1 to 10,<br><br>             Defendants. | **Case No.: 5:22-cv-01946-DMG (KKx)**<br><br>**JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Attorneys for Plaintiff DENNIS COOPER ("Plaintiff") and Defendant JOSEPH P. STITICK, AS TRUSTEE OF THE CLARA MORGAN BUTCHER 2007 TRUST FBO JOSEPH P. STITICK, stipulate and jointly request that this Court dismiss, with prejudice, the above-captioned action, in its entirety. The parties shall bear their own costs and attorneys' fees.

Respectfully submitted,

DATED: May 3, 2023      SO. CAL. EQUAL ACCESS GROUP

By: */s/  Jason J. Kim*
Jason J. Kim
Attorneys for Plaintiff

Dated: May 4, 2023

By: */s/  Frank D. Rubin*
Frank D. Rubin
Attorney for Defendant Joseph P. Stitick, as Trustee of the Clara Morgan Butcher 2007 Trust FBO Joseph Stitick and Joseph Stitick an individual

### Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I, Jason J. Kim, do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: May 04, 2023      By: */s/ Jason J. Kim*
Jason J. Kim